# ALABAMA SJIS CASE DETAIL



alacourt.com

County: **03**    Case Number: **CV-2025-900867.00**    Court Action:

Style: **MARGARET SAWYER V. PUBLIX SUPER MARKETS, INC.**

**PREPARED FOR: M VOSS**
**7/11/2025 3:38:34 PM**

**Real Time**

## Case

### Case Information

| | | |
|---|---|---|
| County: **03-MONTGOMERY** | Case Number: **CV-2025-900867.00** | Judge: **BER:BROOKE E REID** |
| Style: **MARGARET SAWYER V. PUBLIX SUPER MARKETS, INC.** | | |
| Filed: **06/11/2025** | Case Status: **ACTIVE** | Case Type: **NEGLIGENCE-GENERAL** |
| Trial Type: **JURY** | Track: | Appellate Case: **0** |
| No of Plaintiffs: **1** | No of Defendants: **1** | |

### Damages

| | | |
|---|---|---|
| Damage Amt: **0.00** | Punitive Damages: **0.00** | General Damages: **0.00** |
| No Damages: | Compensatory Damages: **0.00** | |
| Pay To: | Payment Frequency: | Cost Paid By: |

### Court Action

| | | |
|---|---|---|
| Court Action Code: | Court Action Desc: | Court Action Date: |
| Num of Trial days: **0** | Num of Liens: **0** | Judgment For: |
| Dispositon Date of Appeal: | Disposition Judge: **:** | Disposition Type: |
| Revised Judgement Date: | | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | |
| Date Trial Began but No Verdict (TBNV2): | | |

### Comments

Comment 1:
Comment 2:

### Appeal Information

| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | |

### Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subponeas: | Last Update: **06/11/2025** | Updated By: **AJA** |

## Parties

### Party 1 - Plaintiff INDIVIDUAL - SAWYER MARGARET

#### Party Information

| | | | |
|---|---|---|---|
| Party: **C001-Plaintiff** | Name: **SAWYER MARGARET** | | Type: **I-INDIVIDUAL** |
| Index: **D PUBLIX SUPER** | Alt Name: | Hardship: **No** | JID: **BER** |
| Address 1: **2915 MOORE ROAD** | | Phone: **(334) 000-0000** | |

Address 2:
City: **GRADY**    State: **AL**    Zip: **36036-0000**    Country: **US**
SSN: **XXX-XX-X211**    DOB: **09/04/1946**    Sex: **F**    Race:

## Court Action

Court Action:    Court Action Date:
Amount of Judgement: **$0.00**    Court Action For:    Exemptions:
Cost Against Party: **$0.00**    Other Cost: **$0.00**    Date Satisfied:
Comment:    Arrest Date:
Warrant Action Date:    Warrant Action Status:    Status Description:

## Service Information

Issued:    Issued Type:    Reissue:    Reissue Type:
Return:    Return Type:    Return:    Return Type:
Served:    Service Type    Service On:    Notice of No Answer: Served By.
Answer:    Answer Type:    Notice of No Service:

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | SAM023 | | SAMUELS BOOTH GORDON | BSAMUELS@WKFIRM.COM | (205) 933-9500 |

### Party 2 - Defendant BUSINESS - PUBLIX SUPER MARKETS, INC.

## Party Information

Party: **D001-Defendant**    Name: **PUBLIX SUPER MARKETS, INC.**    Type: **B-BUSINESS**
Index: **C SAWYER MARGA**    Alt Name:    Hardship: **No**    JID: **BER**
Address 1: **C/O CORP CREATIONS NETWOR**    Phone: **(334) 000-0000**
Address 2: **4000 EAGLE POINT CORP DR**
City: **BIRMINGHAM**    State: **AL**    Zip: **35242-0000**    Country: **US**
SSN: **XXX-XX-X999**    DOB:    Sex:    Race:

## Court Action

Court Action:    Court Action Date:
Amount of Judgement: **$0.00**    Court Action For:    Exemptions:
Cost Against Party: **$0.00**    Other Cost: **$0.00**    Date Satisfied:
Comment:    Arrest Date:
Warrant Action Date:    Warrant Action Status:    Status Description:

## Service Information

Issued: **06/11/2025**    Issued Type: **C-CERTIFIED MAIL**    Reissue:    Reissue Type:
Return:    Return Type:    Return:    Return Type:
Served: **06/18/2025**    Service Type **C-CERTIFIED MAIL**    Service On:    Notice of No Answer: Served By.
Answer:    Answer Type:    Notice of No Service:

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

### Financial

## Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|------------|-----------|----------|-------|-------|-----------|-------------|---------|-------------|---------------|
| ACTIVE | N | AOCC - CERT- AOC | C001 | | $9.78 | $9.78 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV - CONV FEE | C001 | | $19.48 | $19.48 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 - CV OVER $50K | C001 | | $301.00 | $301.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | JDMD - JURY DEMAND | C001 | | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | SERV - DOC SVC FEE | C001 | | $30.00 | $30.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM - VADM FEE | C001 | | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $505.26 | $505.26 | $0.00 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|------------------|-------------|---------------------|-------------------|----------------|--------|------------|----------|------------|-----------|--------|----------|----------|
| 06/11/2025 | RECEIPT | AOCC - CERT- AOC | 2025178 | 43544100 | $9.78 | C001 | 000 | Credit Card | N | | | HEE |
| 06/11/2025 | CREDIT | CONV - CONV FEE | 2025178 | 43544200 | $19.48 | C001 | 000 | Cash | N | | | HEE |
| 06/11/2025 | RECEIPT | CV05 - CV OVER $50K | 2025178 | 43544300 | $301.00 | C001 | 000 | Credit Card | N | | | HEE |
| 06/11/2025 | RECEIPT | JDMD - JURY DEMAND | 2025178 | 43544400 | $100.00 | C001 | 000 | Credit Card | N | | | HEE |
| 06/11/2025 | RECEIPT | SERV - DOC SVC FEE | 2025178 | 43544500 | $30.00 | C001 | 000 | Credit Card | N | | | HEE |
| 06/11/2025 | RECEIPT | VADM - VADM FEE | 2025178 | 43544600 | $45.00 | C001 | 000 | Credit Card | N | | | HEE |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|-------|------|------|----------|----------|
| 6/11/2025 | 12:51 PM | FILE | FILED THIS DATE: 06/11/2025          (AV01) | AJA |
| 6/11/2025 | 12:51 PM | EORD | E-ORDER FLAG SET TO "Y"          (AV01) | AJA |
| 6/11/2025 | 12:51 PM | ASSJ | ASSIGNED TO JUDGE: BROOKE E REID          (AV01) | AJA |
| 6/11/2025 | 12:51 PM | SCAN | CASE SCANNED STATUS SET TO: N          (AV01) | AJA |
| 6/11/2025 | 12:51 PM | ECOMP | COMPLAINT E-FILED. | SAM023 |
| 6/11/2025 | 12:51 PM | TDMJ | JURY TRIAL REQUESTED          (AV01) | AJA |
| 6/11/2025 | 12:51 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE          (AV01) | AJA |
| 6/11/2025 | 12:51 PM | ORIG | ORIGIN: INITIAL FILING          (AV01) | AJA |
| 6/11/2025 | 12:51 PM | C001 | C001 PARTY ADDED: SAWYER MARGARET          (AV02) | AJA |
| 6/11/2025 | 12:51 PM | C001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 6/11/2025 | 12:51 PM | C001 | LISTED AS ATTORNEY FOR C001: SAMUELS BOOTH GORDON | AJA |
| 6/11/2025 | 12:51 PM | C001 | C001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 6/11/2025 | 12:51 PM | D001 | D001 PARTY ADDED: PUBLIX SUPER MARKETS, INC.(AV02) | AJA |
| 6/11/2025 | 12:51 PM | D001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 6/11/2025 | 12:51 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE          (AV02) | AJA |
| 6/11/2025 | 12:51 PM | D001 | CERTIFIED MAI ISSUED: 06/11/2025 TO D001   (AV02) | AJA |
| 6/11/2025 | 12:51 PM | D001 | D001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 6/18/2025 | 6:02 PM | D001 | SERVICE OF CERTIFIED MAI ON 06/18/2025 FOR D001 | AJA |
| 6/18/2025 | 6:03 PM | ESERC | SERVICE RETURN - D001 - COMPLAINT | |
| 7/11/2025 | 3:36 PM | EMISC | NOTICE OF REMOVAL E-FILED | VOS001 |

## Images

| Date: | Doc# | Title | Description | Pages |
|-------|------|-------|-------------|-------|
| 6/11/2025 12:51:25 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 6/11/2025 12:51:26 PM | 2 | COMPLAINT | | 4 |

| 6/11/2025 12:51:27 PM | 3 | INTERROGATORIES(R33) | Interrogatories to Defendant | 7 |
|---|---|---|---|---|
| 6/11/2025 12:51:28 PM | 4 | REQUEST FOR PRODUCTION(R34) | Request for Production to Defendant | 4 |
| 6/11/2025 12:52:11 PM | 5 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 6/11/2025 12:52:12 PM | 6 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 1 |
| 6/18/2025 6:03:35 PM | 7 | SERVICE RETURN | SERVICE RETURN - D001 - COMPLAINT | 1 |
| 6/18/2025 6:03:41 PM | 8 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 7/11/2025 3:36:38 PM | 9 | NOTICE OF REMOVAL | Notice of Removal | 2 |
| 7/11/2025 3:36:45 PM | 10 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 4 |

 *END OF THE REPORT*

ELECTRONICALLY FILED
6/11/2025 12:51 PM
03-CV-2025-900867.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
GINA J. ISHMAN, CLERK

# IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| MARGARET SAWYER, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PUBLIX SUPER MARKETS, INC., a | ) | |
| corporation; ABC, being the person, firm or | ) | |
| corporation which owned, operated, or | ) | |
| controlled the Publix, located at 7700 Vaughn | ) | CIVIL ACTION NO. _____ |
| Road, Montgomery, AL on or about | ) | |
| November 26, 2024; DEF, being the person, | ) | |
| firm, or corporation who was responsible for | ) | |
| maintaining and keeping the premises at the | ) | |
| Publix, located at 7700 Vaughn Road, | ) | |
| Montgomery, AL on or about November 26, | ) | |
| 2024, free of debris and tripping or slipping | ) | |
| hazards at the time of the Plaintiff's injury; | ) | |
| and GHI, being the individual manager or | ) | |
| supervisory person at the Publix, located at | ) | |
| 7700 Vaughn Road, Montgomery, AL on or | ) | |
| about November 26, 20243, who was | ) | |
| responsible for maintaining and keeping the | ) | |
| premises free of slipping and tripping | ) | |
| hazards at the time of the Plaintiff's injury, | ) | |
| whose true names and legal status are | ) | |
| unknown to the Plaintiff at this time, but who | ) | |
| will be added by amendment as soon as | ) | |
| ascertained, | ) | |
| | ) | |
| **Defendants.** | ) | |

# COMPLAINT

# I. PARTIES

1.    The Plaintiff, Margaret Sawyer, is an individual resident of Montgomery County, Alabama.

2.      The Defendant, Publix Super Markets, Inc., is a foreign corporation which does business in Montgomery County, Alabama. Publix Super Markets, Inc., and, upon information and belief, does business as "Publix" located at 7700 Vaughn Road, Montgomery, Alabama 36116.

3.      The incident which forms the basis of this case occurred in Montgomery County, Alabama.

4.      It is the information and belief of the Plaintiff that the fictitious Defendants, ABC, DEF, and GHI are individual citizens or corporations who reside in and/or do business in the State of Alabama and Montgomery County, Alabama.

## II.  FACTS

5.      On or about November 24, 2024, the Plaintiff, Margaret Sawyer, was a business invitee on the premises of the Publix Super Markets, Inc., (hereinafter referred to as "Publix") located at 7700 Vaughn Road, Montgomery, Alabama 36116. As Margaret Sawyer was shopping inside of the Publix, she was caused to slip. As a direct and proximate result, she was caused to sustain severe and permanent injuries about her body.

## III.  FIRST CAUSE OF ACTION
### (Publix and ABC)

6.      The Plaintiff avers that all of her injuries and damages were proximately caused by the negligence and/or wantonness of the Defendant, Publix and/or Defendant ABC and/or their agents, servants, or employees while acting within the line and scope of their employment for the Defendants.

7.      At the time of the incident which is the subject of this action, Margaret Sawyer was a business invitee on the premises of the Publix in question.  All of her injuries and damages were

caused by the negligent failure of the Defendant, Publix and/or fictitious defendant ABC to use reasonable care to provide her with a reasonably safe environment.

## IV.  SECOND CAUSE OF ACTION
### (Defendant DEF and GHI)

8.      The Plaintiff avers that all of her injuries and damages were proximately caused by the negligence and/or wantonness of the Defendant, DEF and GHI, and its agents, servants, or employees while acting within the line and scope of their employment for the Defendant, DEF and GHI.

9.      At the time of the incident which is the subject of this action, Margaret Sawyer was a business invitee on the premises of DEF at 7700 Vaughn Road, Montgomery, Alabama 36116. All of her injuries and damages were caused by the negligent failure of the Defendant, DEF and GHI, to use reasonable care to provide him with a reasonably safe environment.

## V.  DAMAGES

10.     As a result of the negligence of the Defendant(s), the Plaintiff suffered and seeks to recover for the following injuries and damages:

(a)     Past medical expenses;

(b)     Future medical expenses;

(c)     Past and future wage loss including permanent impairment of earning capacity;

(d)     Permanent physical disability;

(e)     Past and future physical pain and mental anguish; and

(f)     Other damages allowed by law.

11.    As damages, the Plaintiff seeks fair and reasonable compensation which Plaintiff anticipates to exceed the jurisdictional minimums of this Court.


## VII.  JURY DEMAND

12.    The Plaintiff demands trial by jury.


/s/ *Booth Samuels*
BOOTH SAMUELS (SAM023)
Attorney for Plaintiff


**OF COUNSEL:**

**WETTERMARK KEITH, LLC**
100 Grandview Parkway, Suite 530
Birmingham, AL 35205
205-212-3011
205-994-7231 (facsimile)
bsamuels@wkfirm.com


**DEFENDANT TO BE SERVED BY CERTIFIED MAIL:**

Publix Super Markets, Inc.
c/o Corporate Creations Nework, Inc.
4000 Eagle Point Corporate Drive
Birmingham, Alabama  35242


**PLEASE SERVE DISCOVERY WITH SUMMONS AND COMPLAINT**

DOCUMENT 3

ELECTRONICALLY FILED
6/11/2025 12:51 PM
03-CV-2025-900867.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
GINA J. ISHMAN, CLERK

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

|  |  |  |
|---|---|---|
| **MARGARET SAWYER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **PUBLIX SUPER MARKETS, INC., a** | ) | |
| **corporation; ABC, being the person, firm or** | ) | |
| **corporation which owned, operated, or** | ) | |
| **controlled the Publix, located at 7700 Vaughn** | ) | **CIVIL ACTION NO. _____** |
| **Road, Montgomery, AL on or about** | ) | |
| **November 26, 2024; DEF, being the person,** | ) | |
| **firm, or corporation who was responsible for** | ) | |
| **maintaining and keeping the premises at the** | ) | |
| **Publix, located at 7700 Vaughn Road,** | ) | |
| **Montgomery, AL on or about November 26,** | ) | |
| **2024, free of debris and tripping or slipping** | ) | |
| **hazards at the time of the Plaintiff's injury;** | ) | |
| **and GHI, being the individual manager or** | ) | |
| **supervisory person at the Publix, located at** | ) | |
| **7700 Vaughn Road, Montgomery, AL on or** | ) | |
| **about November 26, 20243, who was** | ) | |
| **responsible for maintaining and keeping the** | ) | |
| **premises free of slipping and tripping** | ) | |
| **hazards at the time of the Plaintiff's injury,** | ) | |
| **whose true names and legal status are** | ) | |
| **unknown to the Plaintiff at this time, but who** | ) | |
| **will be added by amendment as soon as** | ) | |
| **ascertained,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S INTERROGATORIES TO DEFENDANT

COMES NOW the plaintiff, Margaret Sawyer, and propounds the following Interrogatories

to the defendant, Publix Super Markets, Inc., to be answered within forty-five (45) days from the

date of service:

1.      Please state the full name, address, job title, and present employer of each person answering and assisting in answering these interrogatories on behalf of this defendant.

2.      State the name and address of the owner of the Publix located at 7700 Vaughn Road, Montgomery, Alabama 36116 related to this suit.

3.      State the name and address of the person or entity in exclusive possession and/or control of the Winn-Dixie at the time of the incident in question.

4.      State the name and address of the person or entity in control of that area of the premises where the incident in question occurred at the time of the occurrence.

5.      State the name and address of each person, including experts, having any knowledge of relevant facts related to the accident which is the basis of this suit, the cause thereof, or the damages resulting therefrom.

6.      State the name, address, and telephone number of any persons who witnessed the occurrence in question.

7.      State the name and address of any potential party to this lawsuit, not already named as a party hereto.

8.      Please state whether you have a copy of any statement which the plaintiff has previously made concerning this action or its subject matter and which is in your possession, custody, or control.  (For the purpose of this question, a statement previously made includes (1) a written statement signed or otherwise adopted or approved by the person making it, or (2) a stenographic, mechanical, electrical, or other recording, or a transcription thereof, which is a substantially verbatim recital of an oral statement by the person making it and contemporaneously recorded.)

9.      Describe any insurance agreement under which any insurance business may be liable to satisfy part or all of the judgment which may be entered in this action, or to indemnify or reimburse for payments made to satisfy the judgment, by stating the name of the person or entity insured, the name of the insurer, and the amount of any liability insurance coverage.

10.     Describe in your own words how the incident made this basis of this suit occurred and state specifically and in detail what the claim or contention of the defendant will be regarding any cause or contributing cause of the incident, including a statement in detail of the facts or information upon which this contention is based.

11.     Describe in detail any conversations any employee and/or owner of this Defendant had with the plaintiff or plaintiff's representative following the incident in question

12.     State the full name, current address, telephone number, qualifications, and present employment of each person who you expect to call as an expert witness at the trial of this case, the subject matter on which each expert is expected to testify, the substance of the facts and opinions to which each such expert is expected to testify, and a summary of the grounds for each opinion expected to be expressed by such expert.

13.     Please state the full and correct name of the defendant's corporate entity, the date on which incorporated, the state of incorporation, the names and addresses of all officers, and when the corporation was licensed to do business in the State of Alabama.

14.     Please describe in detail any previous incidents of which the defendant is aware which occurred in substantially the same way as the plaintiff's accident or in the same or nearby location during the previous ten (10) years.

15.     Is it, or was it at the time of the accident made the basis of this lawsuit, the regular

course of business and standard procedure for the defendant to investigate any accident on the premises wherein somebody was injured?

16.    If there was an investigation made of the incident that forms the basis of this suit, please state whether this defendant conducted such investigation in anticipation of litigation, and if so, state each fact of which defendant was aware at the time of the investigation that caused it to believe that it was conducting the investigation in anticipation of litigation.

17.    Please state the name of the person or persons who conducted the investigation of the occurrence in question.

18.    What is the defendant's contention as to the cause of the accident which forms the basis of this suit?

19.    What is the defendant's contention as to the plaintiff's legal status on the premises at the time of the occurrence in question, i.e., whether plaintiff was a business invitee, licensee, or trespasser?

20.    If you contend that the plaintiff was not a business invitee at the time of the occurrence in question, please state and describe each fact, document or thing on which you base such a contention.

21.    When was the date and time of the last inspection by this defendant, its agents or employees, of the physical site where this accident occurred?

22.    Please state whether this defendant was aware of the defect or condition which plaintiff alleges to be the cause of the occurrence in question.  And if so, when this defendant became aware of the defect or condition.

23.    Describe what efforts this defendant made to warn of the condition or defect which plaintiff alleges to be the location and cause of the occurrence in question.

24.    What is the defendant's contention as to the plaintiff's knowledge (before the accident), objective or subjective, of the defect or condition which the plaintiff alleges to be the cause of the occurrence in question?

25.    Please describe any claims or lawsuits that have heretofore been brought against this defendant by reason of an accident or injury at the same or similar location, or a similar type of accident on the defendant's premises at some other location.

26.    What efforts were made by this defendant to correct the condition or defect, which plaintiff contends caused the occurrence in question, before the accident in question?

27.    What efforts were made by this defendant to correct the condition or defect, which plaintiff contends cause the occurrence in question, after the accident in question?

28.    If this defendant corrected, repaired or fixed in any way the defect or condition which the plaintiff alleges to have been the cause of the accident in question, please state what the cost of repair was, the date the repairs were done, and the name, address and telephone number of the person or firm carrying out such repair work.

29.    What does this defendant contend to be the condition of the premises on the occasion in question with respect to:

(a)    lighting;

(b)    repair and maintenance;

(c)    visibility;

(d)    slipperiness of walking surface;

(e)    dampness; and

(f)    physical obstructions.

5

30.     Did this defendant have any procedures for regular inspection of the premises at the time of the occurrence in question?  If so, please describe.

31.     Please identify all photographs, motion pictures, video TV recordings, maps, drawings, charts, diagrams, measurements, surveys or other documents concerning the events and happenings made the basis of this lawsuit, the area of the occurrence made the basis of this lawsuit, persons or objects involved, either made before, at the time of or after the time of the events in question, including any photographs made by this defendant at any time since the incident made the basis of this lawsuit, that you, your attorney, your insurance carrier or anyone acting on your or their behalf, have or know of.

32.     Please state the name and address of each employee on duty at the time of the incident made the basis of this lawsuit.

33.     Please list the names and addresses of all managers or persons having supervisory authority at the Winn-Dixie in question on the date of the occurrence made the basis of this suit, regardless of whether he/she was on duty at the time of the accident made the basis of this suit.

34.     Please describe what training procedures, if any, are followed in the course of training of this defendant's employees with regard to potential merchants slipping and/or falling. This includes any and all written material, slides, photographs, films, videotapes, etc. which this defendant utilizes in training its employees.

35.     If a report was made by an employee of this defendant in the ordinary course of business with respect to plaintiff's accident, state the name and address of the person who made the report, the date thereof, and in whose custody it is.

36.     Does this Defendant contend that it is not properly identified in Plaintiff's Complaint or that services of process was not perfected? If so, state each and every basis for this contention.

/s/ *Booth Samuels*
BOOTH SAMUELS (SAM023)
Attorney for Plaintiff

**OF COUNSEL:**

**WETTERMARK KEITH, LLC**
100 Grandview Parkway, Suite 530
Birmingham, AL 35205
205-933-9500
205-994-7231 (facsimile)
bsamuels@wkfirm.com

**PLEASE SERVE WITH THE SUMMONS AND COMPLAINT**

ELECTRONICALLY FILED
6/11/2025 12:51 PM
03-CV-2025-900867.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
GINA J. ISHMAN, CLERK

# IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| **MARGARET SAWYER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **PUBLIX SUPER MARKETS, INC., a** | ) |
| **corporation; ABC, being the person, firm or** | ) |
| **corporation which owned, operated, or** | ) |
| **controlled the Publix, located at 7700 Vaughn** | ) **CIVIL ACTION NO. _____** |
| **Road, Montgomery, AL on or about** | ) |
| **November 26, 2024; DEF, being the person,** | ) |
| **firm, or corporation who was responsible for** | ) |
| **maintaining and keeping the premises at the** | ) |
| **Publix, located at 7700 Vaughn Road,** | ) |
| **Montgomery, AL on or about November 26,** | ) |
| **2024, free of debris and tripping or slipping** | ) |
| **hazards at the time of the Plaintiff's injury;** | ) |
| **and GHI, being the individual manager or** | ) |
| **supervisory person at the Publix, located at** | ) |
| **7700 Vaughn Road, Montgomery, AL on or** | ) |
| **about November 26, 20243, who was** | ) |
| **responsible for maintaining and keeping the** | ) |
| **premises free of slipping and tripping** | ) |
| **hazards at the time of the Plaintiff's injury,** | ) |
| **whose true names and legal status are** | ) |
| **unknown to the Plaintiff at this time, but who** | ) |
| **will be added by amendment as soon as** | ) |
| **ascertained,** | ) |
| | ) |
| **Defendants.** | ) |

---

## PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT

---

COMES NOW the plaintiff, Margaret Sawyer, and requests the defendant, Publix Super

Markets, Inc., to produce, or make available for inspection and copying the following documents

within forty-five (45) days from the date of service:

1.    Any contracts between this Defendant and any other defendant in place at the time

of the plaintiff's injury, and for the year immediately preceding the plaintiff's injury.

1

2.      Contracts between this defendant and any maintenance and/or repair service in effect at the time of the plaintiff's injury, and for the year immediately preceding the plaintiff's injury.

3.      Any indemnity agreement between any party to this lawsuit and any nonparty or other party which is relevant to the accident and injuries made the basis of this suit.

4.      Any rules, management guidelines, operating guidelines, or other similar writing or document that purports to show operating procedures for the management, care, maintenance, repair, and service premises owned by or maintained by this Defendant.

5.      Any and all photographs and/or video that this defendant has of the scene of accident or the resulting injuries to the plaintiff.

6.      Any and all expert reports which have been obtained from any expert, and if a report has not been prepared, the preparation of a report is hereby requested.

7.      Any and all insurance agreements or policies under which any person or entity carrying on an insurance business may be liable to satisfy part or all of a judgment which may be rendered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

8.      Copies of any and all statements previously made by the plaintiff concerning the subject matter of this lawsuit, including any written statement signed or otherwise adopted or approved by the plaintiff hereto and any stenographic, mechanical, electrical, or other type of recording or any transcription thereof made by plaintiff hereto and contemporaneously recorded.

9.      Any and all drawings, maps, or sketches of the scene of the accident made the basis of this lawsuit.

10.     A copy of any surveillance movies or photographs which have been made of plaintiff, including any surveillance movie made of the incident in question.

11.    Any and all expert reports that were or will be reviewed by a testifying expert in this case.

12.    Copies of reports of any and all similar accidents prepared by any and all employees of this defendant in question for the ten (10) year period prior to the accident made the basis of this lawsuit up to and through the present date.

13.    A current copy of the curriculum vitae or resume of any expert who may be called to testify at trial.

14.    All materials including, but not limited to, employee manuals, memoranda, and/or correspondence pertaining to safety rules and/or regulations to be followed by the employees of the defendant to ensure customer safety in and around the premises owned and/or maintained by this Defendant, including, but not limited to, any and all documents outlining procedures for cleaning and maintaining the premises.

15.    All site inspection reports or other documents relating to observation of site maintenance and/or safety of the area in which the plaintiff was injured, by any person or entity, including this defendant, prior to and subsequent to, the date of the accident made the basis of this lawsuit.

16.    Produce any documents, reports, or other written records pertaining to any investigation that is not privileged at law. If there are documents, reports, or other written records pertaining to any investigation that is privileged at law, please produce a privilege log.

17.    Any and all books, documents, photographs, or other tangible things which may be used at the time of the trial, which may have any bearing on this cause of action.

18.    Any and all documents and/or tangible things whose production has not been requested pursuant to any other item of this request which you intend to offer into evidence at the trial of this case.

/s/ *Booth Samuels*
BOOTH SAMUELS (SAM023)
Attorney for Plaintifff

**OF COUNSEL:**

**WETTERMARK KEITH, LLC**
100 Grandview Parkway, Suite 530
Birmingham, AL 35205
205-933-9500
205-994-7231 (facsimile)
bsamuels@wkfirm.com

**PLEASE SERVE WITH THE SUMMONS AND COMPLAINT**

**UNITED STATES POSTAL SERVICE**

June 18, 2025

Dear Circuit Clerk:

| UJS Information | |
|---|---|
| Case Number: 03-CV-2025-900867.00<br>Document Type: Complaint<br>Restricted Delivery Requested: No | Intended Recipient:<br> PUBLIX SUPER MARKETS, INC.  (D001)<br>C/O CORP CREATIONS NETWOR<br>4000 EAGLE POINT CORP DR<br>BIRMINGHAM, AL 35242 |

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 7301 4103 2500 0523 35**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | June 18, 2025, 12:25 pm |
| **Location:** | BIRMINGHAM, AL 35242 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | *[handwritten]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

ELECTRONICALLY FILED
7/11/2025 3:36 PM
03-CV-2025-900867.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
GINA J. ISHMAN, CLERK

# IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

|  |  |
|---|---|
| **MARGARET SAWYER** | |
| **Plaintiff,** | |
| **v.** | **CASE NO.: 03-CV-2025-900867** |
| **PUBLIX SUPER MARKETS, INC.,** | |
| **Defendant.** | |

## NOTICE OF REMOVAL

Publix Super Markets, Inc., gives notice that it filed a Petition for Removal in the United States District Court for the Middle District of Alabama.

Respectfully submitted,

July 11, 2025

**_s/ M. Jansen Voss_**
M. Jansen Voss
(ASB-6815-E68V)(VOS001)
Margaret H. Clanton
(ASB-7956-U16Z)(CLA128)
Attorneys for Publix Super
Markets, Inc.

**OF COUNSEL**:
CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, Alabama 35203
T (205) 795-6588  F (205) 328-7234
mjvoss@csattorneys.com
mhclanton@csattorneys.com

## CERTIFICATE OF SERVICE

I certify on July 11, 2025, I served a copy of this document and any attachments on counsel for all parties via electronic filing or by placing same in the United States Mail, properly addressed and first-class postage prepaid to:

Booth Samuels
WETTERMARK KEITH, LLC
100 Grandview Parkway, Suite 530
Birmingham, AL 35205
205-933-9500
205-994-7231 (facsimile)
bsamuels@wkfirm.com

/s/ M. Jansen Voss
**OF COUNSEL**