Alabama Secretary of State 

| | |
|---|---|
| **Publix Super Markets, Inc.** ||
| Entity ID Number | 000-900-032 |
| Entity Type | Foreign Corporation |
| Principal Address | 1936 GEORGE JENKINS BLVD LAKELAND, FL 33801 |
| Principal Mailing Address | Not Provided |
| Status | Exists |
| Place of Formation | Florida |
| Formation Date | 12/27/1921 |
| Qualify Date | 06/21/1993 |
| Registered Agent Name | CORPORATE CREATIONS NETWORK INC |
| Registered Office Street Address | 4000 EAGLE POINT CORPORATE DRIVE BIRMINGHAM, AL 35242 |
| Registered Office Mailing Address | 4000 EAGLE POINT CORPORATE DRIVE BIRMINGHAM, AL 35242 |
| Nature of Business | OPERATOR OF SUPERMARKETS |
| Capital Authorized | |
| Capital Paid In | |
| **Annual Reports** ||
| Report Year | [1993](#) [1994](#) [1995](#) [1996](#) [1997](#) [1998](#) [1999](#) [2000](#) [2001](#) [2002](#) [2003](#) [2004](#) [2005](#) [2006](#) [2007](#) [2008](#) [2009](#) [2010](#) [2011](#) [2012](#) [2013](#) [2014](#) [2015](#) [2016](#) [2017](#) [2018](#) [2019](#) [2021](#) [2022](#) [2023](#) [2024](#) |
| **Transactions** ||
| Transaction Date | 04/23/2013 |
| Agent Mailing Address Changed From | * Added |
| Transaction Date | 04/23/2013 |
| Registered Agent Changed From | PRENTICE HALL CORPORATION SYSTEM 150 S PERRY ST MONTGOMERY, AL 36104 |
| Transaction Date | 05/04/2020 |
| Agent Mailing Address Changed | CORPORATE CREATIONS NETWORK INC |

| Publix Super Markets, Inc. ||
|---|---|
| From | 6 OFFICE PARK CIRCLE #100<br>MOUNTAIN BROOK, AL 35223 |
| Transaction Date | 05/04/2020 |
| Miscellaneous Filing Entry | Agent Change Effective 04-06-2020 17:00 |
| Transaction Date | 05/04/2020 |
| Registered Agent Changed From | CORPORATE CREATIONS NETWORK INC<br>6 OFFICE PARK CIRCLE #100<br>MOUNTAIN BROOK, AL 35223 |
| **Scanned Documents** ||
| Purchase Document Copies ||
| Document Date / Type / Pages | 06/21/1993    Certificate of Formation    2 pgs. |
| Document Date / Type / Pages | 04/23/2013    Registered Agent Change    2 pgs. |

Browse Results    New Search