IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

MARGARET SAWYER
_____,    )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )    CASE NO. 2:25-CV-00511
                                      )            _____
PUBLIX SUPER MARKETS, INC.            )
_____,    )
                                      )
        Defendants,                   )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>MARGARET SAWYER</u>, a  Plaintiff  ☐▾ in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

☑   This party is an individual, or

☐   This party is a governmental entity, or

☐   There are no entities to be reported, or

☐   The following entities and their relationship to the party are hereby reported:

| <u>Reportable Entity</u> | <u>Relationship to Party</u> |
|---|---|
| BOOTH SAMUELS | ATTORNEY |
| | |
| | |

7/18/2025
_____
Date

_Booth [signature]_
(Signature)

BOOTH SAMUELS
_____
(Counsel's Name)

MARGARET SAWYER, PLAINTIFF
_____
Counsel for (print names of all parties)
WETTERMARK KEITH, 100 GRANDVIEW PL, STE 530
BIRMINGHAM, AL 35243
_____
Address, City, State Zip Code
205-212-3011
_____
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, BOOTH SAMUELS , do hereby Certify that a true and correct copy of the foregoing has been furnished by ELECTRONIC MAIL (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 17 day of JULY 2025, to:

M. JANSEN VOSS - MJVOSS@CSATTORNEYS.COM

MARGARET H. CLANTON - MHCLANTON@CSATTORNEYS.COM

7/18/2025
Date

Signature